UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

AUG 16 2011

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

    -vs-

WILLIAM J. GABRIEL,

    Respondent.
_____/

MISC. NO. 11-mc-50720

HON. GEORGE CARAM STEEH

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the tax liability of respondent, William J. Gabriel, and served upon him on July 11, 2011, by leaving a copy with a person of suitable age at his usual place of abode; this cause having come on before the undersigned pursuant to an Order to Show Cause issued June 20, 2011, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, William J. Gabriel, appear before Revenue Agent Gabriel Burdette or his designated representative at 9:00 a.m. on August 30, 2011, at 3971 Research Park Dr., Suite B, Ann Arbor, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers, and other data demanded by the summons served upon William J.

Gabriel on December 17, 2010, the examination to continue from day to day until completed.

_____
GEORGE CARAM STEEH
United States District Judge

Entered: 8-16-11